578

377 A.2d 190

Commonwealth v. Whiteside, Appellant.

Submitted December 6, 1976.
Joseph C. Spaulding, for appellant; Steven H. Goldblatt and Deborah E. Glass, Assistant District Attorneys, for Commonwealth, appellee.

Order affirmed.

377 A.2d 190

Commonwealth v. Wilhite, Appellant.

Submitted March 22, 1976. John Kelly and John W. Packel, Assistant Defenders, for appellant; John M. DiDonato and Deborah E. Glass, Assistant District Attorneys, for Commonwealth, appellee.

Judgment of sentence affirmed.